UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEAN P. WILSKE, #460514,

                Petitioner,         Case No. 07-11961
                                                 Hon. Anna Diggs Taylor
v.                                          Magistrate Judge Paul J. Komives

DEBRA SCUTT,

                Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

       This matter is before the court on Magistrate Judge Paul J. Komives' Report and Recommendation of July 23, 2008, Denying Petitioner's Habeas Application [D/E 1] and Motion for Summary Judgment [D/E 11].

       The court has reviewed the file, the Magistrate Judge's Report and Recommendation, and Petitioner's objection filed thereto. The court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

       THEREFORE, the court will accept the Magistrate's Report and Recommendation of July 23, 2008, as the findings and conclusions of this court.

       Accordingly,

       IT IS HEREBY ORDERED that Magistrate Judge Komives' Report and Recommendation of July 23, 2008 is ACCEPTED and ADOPTED.

       **IT IS SO ORDERED.**

DATED: September 10, 2008                     **s/Anna Diggs Taylor**
                                                                  ANNA DIGGS TAYLOR
                                                                  UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order and Judgment were served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on September 10, 2008.

Dean Wilske, #460514  
Parnall Correctional Facility  
1790 E. Parnall  
Jackson, MI 49201-7139                             s/Johnetta M. Curry-Williams  
                                                                          Case Manager